ALBERT K. BUHL, Appellant, v. JEROME F. COLLINS and Others, Defendants. OTIS W. ROWE and MORET REALTY CORPORATION, Respondents.— On reargument, order denying motion to vacate order dated January 14, 1928, and directing plaintiff to submit to an examination before the referee appointed pursuant to said order, affirmed, with ten dollars costs and disbursements; plaintiff to appear for examination upon five days' notice. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

LAURA CAMILLERI, Respondent, v. BERNARD FLIASHNICK, Appellant.— Judgment and order affirmed, with costs. No opinion. Lazansky, P. J., Hagarty and Carswell, JJ., concur; Kapper and Scudder, JJ., dissent, being of opinion that the verdict is against the weight of the evidence.

CARMELA CASCONI, as Administratrix, etc., of LUCCA CASCONI, Deceased, Respondent, v. CARMELO PELLEGRINO, etc., Appellant.*— Judgment affirmed, with costs. No opinion. Kapper, Hagarty, Carswell and Scudder, JJ., concur; Lazansky, P. J., dissents.

COLD SPRING LIGHT, HEAT AND POWER COMPANY, Appellant, v. CHARLES M. SELLECK and Others, Village Trustees of the Village of Cold Spring, Respondents. (Actions Nos. 1 and 2.) — Judgment unanimously affirmed, with costs, upon authority of *Weedsport El. L. Co.* v. *Village of Weedsport* (220 N. Y. 386). Present— Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

WILLIAM N. CRAIG, Respondent, v. THE HICKOK MUSIC COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

CROWN BUILDING MATERIAL CO., INC., Appellant, v. VINCENT ROSSANO and Others, Respondents.— Appeal dismissed, with ten dollars costs and disbursements. Rule 10 is a rule adopted by the trial justices and was not made by this court. No appeal lies from such an order. Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ., concur.

BENJAMIN R. EDELSTEIN, Trading as STATE IMPORTING COMPANY, Respondent, v. HYMAN SHAPIRO, Trading as SHAPIRO SPORTING GOODS COMPANY, Appellant.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion to change the place of trial from Kings county to Orange county granted, with ten dollars costs. The affidavit of plaintiff in opposition to the motion is defective in that it fails to state the names of any witnesses on his behalf and their materiality. (*Kramer* v. *Harder Manufacturing Corporation*, 218 App. Div. 745; *Jacina* v. *Lemmi*, 155 id. 397.) Defendant was not guilty of laches. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

ALFRED FANTL, Respondent, v. BARON BROS., INC., etc., and Others, Appellants. — Order denying defendants' motion to vacate judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty and Carswell, JJ., concur; Seeger, J., dissents.